IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN LEIGH WILLS, | : |
| Plaintiff | : CIVIL ACTION |
| v. | : NO. 13-7148 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant | : |

## ORDER

AND NOW, this 12 day of Feb, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 13) filed May 21, 2014; upon consideration of Defendant's Response to Request for Review of Plaintiff (Docket No. 14) filed June 18, 2014; upon consideration of Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (Docket No. 16) filed June 23, 2014; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 26, 2015, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The relief sought by Plaintiff is GRANTED in part as described below;

3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

4. In all other respects, Plaintiff's request for relief is DENIED.

BY THE COURT:

T.N. O'Neill
THOMAS N. O'NEILL, J.